# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SAMUEL FLORES, | ) | 3:11-CV-0236-HDM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 22, 2011 |
| | ) | |
| E.K. McDANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for extension of time (#15) is **GRANTED in part**. Plaintiff's requests for discovery (#s 15 & 16) are **DENIED**. Plaintiff shall have one final extension of time to **Friday, September 9, 2011** to file an opposition to defendants' motion for summary judgment. **No further extensions of time shall be granted**.

If plaintiff fails to timely file an opposition, defendants' motion will be submitted to the court as an unopposed motion. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
       Deputy Clerk